| | |
|---|---|
| 1 | Kenneth M. Trujillo-Jamison (Bar No. 280212) |
| 2 | ktrujillo-jamison@willenken.com |
|   | Kirby Hsu (Bar No. 312535) |
| 3 | khsu@willenken.com |
|   | WILLENKEN LLP |
| 4 | 707 Wilshire Blvd., Suite 4100 |
|   | Los Angeles, California 90017 |
| 5 | Telephone:  (213) 955-9240 |
|   | Facsimile:   (213) 955-9250 |
| 6 | |
| 7 | Attorneys for Defendant X Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY RYAN, a California individual, | | Case No.: 3:24-cv-03553-WHO |
| Plaintiff, | | **STIPULATED REQUEST FOR AN ORDER ENLARGING TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT X CORP.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, AND DEFENDANT X CORP.'S REPLY IN SUPPORT OF THAT MOTION** |
| v. | | |
| X CORP., a Nevada corporation, | | |
| Defendant. | | |
| | | Assigned to the Hon. William H. Orrick |

1  Under Civil L.R. 7-12 and 6-1(b), Plaintiff Jeremy Ryan and Defendant X Corp.
2  (collectively, "Parties") stipulate and respectfully request an order (a) changing the deadline for
3  Plaintiff to file an opposition to Defendant X Corp.'s Motion to Dismiss Plaintiff's First
4  Amended Complaint (ECF No. 32; "Motion to Dismiss FAC") from October 22, 2024 to
5  October 29, 2024, (b) changing the deadline for X Corp. to file a reply brief in support of its
6  Motion to Dismiss FAC from October 29, 2024 to November 12, 2024; and (c) resetting the
7  hearing on the Motion to Dismiss FAC from November 13, 2024 to December 4, 2024 at 2:00
8  p.m.
9  WHEREAS, on June 12, 2024, Plaintiff filed his Complaint (ECF No. 1);
10 WHEREAS, on June 13, 2024, this case was assigned to the Honorable Kandis A.
11 Westmore (ECF No. 3);
12 WHEREAS, on July 10, 2024, Defendant X Corp. filed a Motion to Dismiss the
13 Complaint Under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 13);
14 WHEREAS, on July 17, 2024, this case was reassigned to the Honorable William H.
15 Orrick (ECF No. 18);
16 WHEREAS, on September 4, 2024, this Court issued its Order Granting Motion to
17 Dismiss (ECF No. 29), which granted X Corp.'s Motion to Dismiss the Complaint Under Federal
18 Rule of Civil Procedure 12(b)(6) and allowed Plaintiff until September 24, 2024 to file an
19 amended complaint;
20 WHEREAS, on September 24, 2024, Plaintiff filed his First Amended Complaint
21 ("FAC") (ECF No. 30);
22 WHEREAS, on October 8, 2024, Defendant X Corp. filed its Motion to Dismiss FAC;
23 WHEREAS, by operation of L.R. 7-3(a), the deadline for Plaintiff to file and serve an
24 opposition to the Motion to Dismiss FAC ("Opposition") is October 22, 2024;
25 WHEREAS, by operation of L.R. 7-3(c), the deadline for Defendant X Corp. to file and
26 serve a reply brief in support of its Motion to Dismiss FAC ("Reply") is October 29, 2024;
27 WHEREAS, the Motion to Dismiss FAC is set for hearing on November 13, 2024;
28

1    WHEREAS, lead trial counsel for the Parties have met and conferred, and the Parties
2  stipulate to a brief enlargement of the deadlines for the Parties' respective filings, *i.e.*, an
3  enlargement of Plaintiff's deadline to file the Opposition from October 22, 2024 to October 29,
4  2024, and an enlargement of X Corp.'s deadline to file its Reply from October 29, 2024 to
5  November 12, 2024;
6    WHEREAS, the Parties also respectfully request that the Court reset the hearing on the
7  Motion to Dismiss FAC from November 13, 2024 to December 4, 2024 at 2:00 p.m.
8    WHEREAS, pursuant to L.R. 6–2(b), the Parties have filed this stipulated request more
9  than 14 days before the November 13, 2024 hearing on the Motion to Dismiss FAC.
10    THEREFORE, IN LIGHT OF THE FOREGOING, THE PARTIES HEREBY
11  STIPULATE AND REQUEST THAT:
12    The deadline to file Plaintiff's Opposition shall be changed to October 29, 2024, the
13  deadline for Defendant to file its Reply shall be changed to November 12, 2024, and the hearing
14  on the Motion to Dismiss FAC shall be reset for December 4, 2024 at 2:00 p.m.

Respectfully submitted,

Dated:  October 22, 2024                                    WILLENKEN LLP

By:   */s/ Kenneth M. Trujillo-Jamison*
      Kenneth M. Trujillo-Jamison
      Attorneys for Defendant X Corp.

Dated:  October 22, 2024                                    ETEMADI LEGAL GROUP PC

By:   /Donna Etemadi/
      Donna Etemadi
      Attorneys for Plaintiff Jeremy Ryan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _October 22, 2024__                            _____
                                                      THE HONORABLE WILLIAM H. ORRICK
                                                      UNITED STATES DISTRICT JUDGE

1 | **<u>SIGNATURE ATTESTATION</u>**

2 |     Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attest that all signatories

3 | have concurred in the filing of this document.

4

5 | Dated:  October 22, 2024                WILLENKEN LLP

6

7 |                                         By: */s/ Kenneth M. Trujillo-Jamison*

8 |                                                 Kenneth M. Trujillo-Jamison