UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Ryan, a California individual,<br><br>  Plaintiff,<br><br>v.<br><br>X Corp., a Nevada corporation,<br><br>  Defendant. | Case No.: 4:24-cv-03553-WHO |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Having considered the parties' briefing on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion to Dismiss"), and having [heard oral argument] [decided the matter on the papers], it is hereby ordered that:

1. Defendant's Request for Judicial Notice is GRANTED;

2. Defendant's Motion to Dismiss is GRANTED; and

3. Plaintiff's Second Amended Complaint is DISMISSED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge