1  Donna Etemadi, SBN 354563
   Etemadi Legal Group PC
2  137 Pineview
   Irvine, CA 92620
3  Tel: (323)688-0616
4  Email: donna@elglaw.co

5  Attorney for Jeremy Ryan

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JEREMY RYAN, a California individual, | Case No.: 3:24-cv-03553-WHO |
12 | Plaintiff, | **STIPULATED REQUEST FOR AN ORDER ENLARGING TIME FOR PLAINTIFF'S FILING OF THE SECOND AMENDED COMPLAINT** |
13 | v. | |
14 | X CORP., a Nevada corporation, | |
15 | Defendant. | Assigned to the Hon. William H. Orrick |

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Under Civil L.R. 7-12 and 6-1(b), plaintiff Jeremy Ryan and defendant X Corp.
2  (collectively, "Parties") stipulate and respectfully request an order (a) changing the deadline for
3  Plaintiff to file an Opposition to X Corp.'s Motion to Dismiss Plaintiff's Second Amended
4  Complaint (ECF No. 48; "Third Motion to Dismiss") from February 26, 2025 to March 5, 2025,
5  and (b) assuming that Plaintiff files his Opposition to the Third Motion to Dismiss on or before
6  March 5, 2025, resetting the deadline for X Corp. to file a reply in further support of its Third
7  Motion to Dismiss for March 19, 2025.
8  WHEREAS, on June 12, 2024, plaintiff filed his Complaint (ECF No. 1);
9  WHEREAS, on June 13, 2024, this case was assigned to the Honorable Kandis A.
10 Westmore (ECF No. 3);
11 WHEREAS, on July 10, 2024, Defendant X Corp. filed a Motion to Dismiss the
12 Complaint Under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 13; "First Motion to
13 Dismiss");
14 WHEREAS, on July 17, 2024, this case was reassigned to the Honorable William H.
15 Orrick (ECF No. 18);
16 WHEREAS, on September 4, 2024, this Court issued its Order Granting Motion to
17 Dismiss (ECF No. 29), which granted X Corp.'s First Motion to Dismiss and allowed Plaintiff
18 until September 24, 2024 to file an amended complaint;
19 WHEREAS, on September 24, 2024, Plaintiff filed his First Amended Complaint
20 ("FAC") (ECF No. 30);
21 WHEREAS, on October 8, 2024, Defendant X Corp. filed its Motion to Dismiss
22 Plaintiff's First Amended Complaint (ECF No. 32; "Second Motion to Dismiss");
23 WHEREAS, on December 9, 2024, this Court issued its Order Granting Motion to
24 Dismiss (ECF No. 41), which granted X Corp.'s Second Motion to Dismiss and allowed Plaintiff
25 until January 8, 2025 to file a further amended complaint;
26 WHEREAS, on January 9, 2025, this Court granted the Parties' Stipulated Request for an
27 Order Enlarging Time for Plaintiff's Filing of the Second Amended Complaint (ECF No. 43),
28 which extended Plaintiff's deadline to file his Second Amended Complaint to January 15, 2025;

1     WHEREAS, on January 18, 2025, this Court granted Plaintiff's Request Without Opposition for an Order Enlarging Time for Plaintiff's Filing of the Second Amended Complaint (ECF No. 45), which again extended Plaintiff's deadline to file his Second Amended Complaint to January 22, 2025;

    WHEREAS, on January 22, 2025, Plaintiff filed his Second Amended Complaint;

    WHEREAS, on February 12, 2025, Defendant X Corp. filed its Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 48; "Third Motion to Dismiss");

    WHEREAS, lead trial counsel for the Parties have met and conferred, and the Parties stipulate to a brief enlargement of Plaintiff's deadline to file an Opposition to the Third Motion to Dismiss from February 26, 2025 to March 5, 2025; and, assuming that Plaintiff files his Opposition to the Third Motion to Dismiss on or before March 5, 2025, to request that the Court reset X Corp.'s deadline to file a reply in further support of its Third Motion to Dismiss to March 19, 2025;

    THEREFORE, IN LIGHT OF THE FOREGOING, THE PARTIES HEREBY STIPULATE AND REQUEST THAT:

    The deadline to file Plaintiff's Opposition shall be changed from February 26, 2025 to March 5, 2025, and the deadline for Defendant to reply in further support of its Third Motion to Dismiss shall be reset for March 19, 2025.

Respectfully submitted,

Dated: February 27, 2025      WILLENKEN LLP

By:    /s/ Kenneth M. Trujillo-Jamison
       Kenneth M. Trujillo-Jamison
       Attorneys for Defendant X Corp.

Dated: February 27, 2025      ETEMADI LEGAL GROUP PC

By:    /s/Donna Etemadi
       Donna Etemadi
       Attorneys for Plaintiff Jeremy Ryan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 28, 2025

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated: February 27, 2025                    ETEMADI LEGAL GROUP PC


                                            By: */s/ Donna Etemadi*
                                                Donna Etemadi