1  Donna Etemadi, SBN 354563
   Etemadi Legal Group PC
2  137 Pineview
   Irvine, CA 92620
3  Tel: (323)688-0616
4  Email: donna@elglaw.co

5  Attorney for Jeremy Ryan

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | JEREMY RYAN, a California individual, | Case No.: 3:24-cv-03553-WHO |
12 | Plaintiff,                            | **REQUEST WITHOUT OPPOSITION FOR AN ORDER ENLARGING TIME FOR PLAINTIFF'S FILING OF AN OPPOSITION TO X CORP.'S MOTOIN TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF NO. 48)** |
13 | v.                                    | |
14 | X CORP., a Nevada corporation,        | |
15 |                                       | |
16 | Defendant.                            | Assigned to the Hon. William H. Orrick |

17

18

19

20

21

22

23

24

25

26

27

28

1    Under Civil L.R. 7-12 and 6-1(b), plaintiff Jeremy Ryan respectfully requests an order
2  (a) changing the deadline for Plaintiff to file an Opposition to X Corp.'s Motion to Dismiss
3  Plaintiff's Second Amended Complaint (ECF No. 48; "Third Motion to Dismiss") from March 5,
4  2025 to March 10, 2025, and (b) assuming that Plaintiff files his Opposition to the Third Motion
5  to Dismiss on or before March 10, 2025, resetting the deadline for X Corp. to file a reply in
6  further support of its Third Motion to Dismiss to March 24, 2025.

7    WHEREAS, on June 12, 2024, plaintiff filed his Complaint (ECF No. 1);

8    WHEREAS, on June 13, 2024, this case was assigned to the Honorable Kandis A.
9  Westmore (ECF No. 3);

10   WHEREAS, on July 10, 2024, Defendant X Corp. filed a Motion to Dismiss the
11 Complaint Under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 13; "First Motion to
12 Dismiss");

13   WHEREAS, on July 17, 2024, this case was reassigned to the Honorable William H.
14 Orrick (ECF No. 18);

15   WHEREAS, on September 4, 2024, this Court issued its Order Granting Motion to
16 Dismiss (ECF No. 29), which granted X Corp.'s First Motion to Dismiss and allowed Plaintiff
17 until September 24, 2024 to file an amended complaint;

18   WHEREAS, on September 24, 2024, Plaintiff filed his First Amended Complaint
19 ("FAC") (ECF No. 30);

20   WHEREAS, on October 8, 2024, Defendant X Corp. filed its Motion to Dismiss
21 Plaintiff's First Amended Complaint (ECF No. 32; "Second Motion to Dismiss");

22   WHEREAS, on December 9, 2024, this Court issued its Order Granting Motion to
23 Dismiss (ECF No. 41), which granted X Corp.'s Second Motion to Dismiss and allowed Plaintiff
24 until January 8, 2025 to file a further amended complaint;

25   WHEREAS, on January 9, 2025, this Court granted the Parties' Stipulated Request for an
26 Order Enlarging Time for Plaintiff's Filing of the Second Amended Complaint (ECF No. 43),
27 which extended Plaintiff's deadline to file his Second Amended Complaint to January 15, 2025;

28

1    WHEREAS, on January 18, 2025, this Court granted Plaintiff's Request Without
2 Opposition for an Order Enlarging Time for Plaintiff's Filing of the Second Amended Complaint
3 (ECF No. 45), which again extended Plaintiff's deadline to file his Second Amended Complaint
4 to January 22, 2025;
5    WHEREAS, on January 22, 2025, Plaintiff filed his Second Amended Complaint;
6    WHEREAS, on February 12, 2025, Defendant X Corp. filed its Motion to Dismiss
7 Plaintiff's Second Amended Complaint (ECF No. 48; "Third Motion to Dismiss");
8    WHEREAS, on February 28, 2025, this Court granted the parties' stipulated request for
9 an order enlarging time for Plaintiff to file an Opposition to the Third Motion to Dismiss (ECF
10 No. 52), which extended Plaintiff's deadline to file an Opposition to the Third Motion to Dismiss
11 from February 26, 2025 to March 5, 2025, and reset X Corp.'s deadline to file a reply in further
12 support of its Third Motion to Dismiss to March 19, 2025;
13    WHEREAS, lead trial counsel for the Parties have met and conferred, and Plaintiff has
14 requested (a) an additional five-day extension to file an Opposition to the Third Motion to
15 Dismiss from March 5, 2025 to March 10, 2025, and (b) assuming that Plaintiff files his
16 Opposition to the Third Motion to Dismiss on or before March 10, 2025, a reset of X Corp.'s
17 deadline to file a reply in further support of its Third Motion to Dismiss from March 19, 2025 to
18 March 24, 2025;
19    WHEREAS, X Corp. does not oppose Plaintiff's request.
20    THEREFORE, IN LIGHT OF THE FOREGOING, PLAINTIFF HEREBY REQUESTS
21 THAT:
22    The deadline to file Plaintiff's Opposition shall be changed from March 5, 2025 to March
23 10, 2025, and the deadline for Defendant to file a reply in further support of its Third Motion to
24 Dismiss shall be reset for March 24, 2025.
25                                                Respectfully submitted,
26 Dated:  March 5, 2025                           ETEMADI LEGAL GROUP PC
27
                                                  By:   /s/Donna Etemadi
28                                                   Donna Etemadi
                                                     Attorneys for Plaintiff Jeremy Ryan

**PURSUANT TO PLAINTIFF'S REQUEST AND DEFENDANT'S NON-OPPOSITION, IT IS SO ORDERED.** The Hearing is continued to April 9, 2025 at 2:00 p.m.

Dated: March 6, 2025

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE